George R. LEACH, Plaintiff—
Appellant,

v.

Michael S. SMITH; James L. Simmons;
Marlene L. Simmons; Virginia State
Bar, Defendants—Appellees.

No. 07–1748.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 17, 2007.

George R. Leach, Appellant Pro Se.
Michael Steven Smith, Appellee Pro Se;
Michael Lowell Heikes, Heikes & Rugless,
PC, Williamsburg, Virginia; Stephen Michael Hall, Office of the Attorney General
of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MOTZ, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

George R. Leach appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by
the district court. *See Leach v. Smith,*
No. 4:06–cv–00155–JBF, 2007 WL 2155742
(E.D.Va. July 25, 2007). We dispense with
oral argument because the facts and legal
contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*